IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAVGEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 20-1646-RGA-JLH |
| | ) | |
| v. | ) | |
| | ) | |
| ARIOSA DIAGNOSTICS, INC., ROCHE SEQUENCING SOLUTIONS, INC., ROCHE MOLECULAR SYSTEMS, INC., and FOUNDATION MEDICINE, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ARIOSA DIAGNOSTICS, INC.'S, ROCHE SEQUENCING SOLUTIONS, INC.'S, AND ROCHE MOLECULAR SYSTEMS, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Ariosa Diagnostics, Inc., Roche Sequencing Solutions, Inc., and Roche Molecular Systems, Inc. respectfully move to dismiss Plaintiff Ravgen, Inc.'s claims of induced and willful infringement for failure to state a claim. *See* D.I. 20 (Ravgen, Inc.'s "First Amended Complaint For Patent Infringement").

The grounds for this motion are set forth in the opening brief submitted herewith.

*Of Counsel:*

Robert J. Gunther, Jr.
Christopher R. Noyes
Omar A. Khan
Scott G. Greene
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Renée Mosley Delcollo (#6442)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
delcollo@rlf.com

*Counsel for Defendants Ariosa Diagnostics, Inc., Roche Sequencing Solutions, Inc., and Roche Molecular Systems, Inc.*