IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAVGEN, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 20-1646-RGA-JLH |
| ) | |
| v. ) | |
| ) | |
| ARIOSA DIAGNOSTICS, INC., ROCHE ) | |
| SEQUENCING SOLUTIONS, INC., ROCHE ) | |
| MOLECULAR SYSTEMS, INC., and ) | |
| FOUNDATION MEDICINE, INC., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING ARIOSA DIAGNOSTICS, INC.'S, ROCHE SEQUENCING SOLUTIONS, INC.'S, AND ROCHE MOLECULAR SYSTEMS, INC.'S <u>MOTION TO DISMISS</u>**

Before the Court is a motion by Defendants Ariosa Diagnostics, Inc., Roche Sequencing Solutions, Inc., and Roche Molecular Systems, Inc. to dismiss Plaintiff Ravgen, Inc.'s claims of induced and willful infringement for failure to state a claim. The Court, having considered the motion, the parties' briefing, and the relevant authorities, finds that the motion should be GRANTED.

IT IS HEREBY ORDERED this _____ day of _____, 2021 that the motion by Defendants Ariosa Diagnostics, Inc., Roche Sequencing Solutions, Inc., and Roche Molecular Systems, Inc. to dismiss Plaintiff Ravgen, Inc.'s claims of induced and willful infringement for failure to state a claim is GRANTED WITH PREJUDICE.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge