# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAVGEN, INC., <br>         Plaintiff, <br><br> v. <br><br> ARIOSA DIAGNOSTICS, INC., <br> ROCHE SEQUENCING SOLUTIONS, INC., <br> ROCHE MOLECULAR SYSTEMS, INC., and <br> FOUNDATION MEDICINE, INC., <br><br>         Defendants. | ) <br> ) <br> ) <br> ) C.A. No.: 20-1646-RGA-JLH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT FOUNDATION MEDICINE, INC.'S MOTION TO DISMISS WILLFUL INFRINGEMENT AND INDUCED INFRINGEMENT CLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12, Foundation Medicine, Inc. respectfully moves for dismissal with prejudice of the willful infringement and induced infringement claims in the First Amended Complaint (D.I. 20) for failure to state a claim under Fed. R. Civ. P. 12(b)(6). The grounds for this motion are set forth in the opening brief submitted herewith.

*Of Counsel*:

Matthew M. Wolf
Jennifer A. Sklenar*
Victoria L. Reines
David McMullen
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202) 942-5000
Matthew.Wolf@arnoldporter.com
Jennifer.Sklenar@arnoldporter.com
Victoria.Reines@arnoldporter.com
David.McMullen@arnoldporter.com

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Renée Mosley Delcollo (#6442)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
delcollo@rlf.com

*Counsel for Defendant Foundation Medicine, Inc.*

Wallace Wu
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
(213) 243-4104
Wallace.Wu@arnoldporter.com

Marty Koresawa
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
(415) 471-3338
Marty.Koresawa@arnoldporter.com

*Admitted in NY and CA only; practice limited to matters before federal courts and federal agencies.

Dated:  March 19, 2021