# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAVGEN, INC., | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 20-1646-RGA-JLH |
| v. | ) | |
| | ) | |
| ARIOSA DIAGNOSTICS, INC., | ) | |
| ROCHE SEQUENCING SOLUTIONS, INC., | ) | |
| ROCHE MOLECULAR SYSTEMS, INC., and | ) | |
| FOUNDATION MEDICINE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** this _____ day of _____, 2021, that Foundation Medicine, Inc.'s Motion to Dismiss Plaintiff's Willful Infringement and Induced Infringement Claims for failure to state a claim is **GRANTED WITH PREJUDICE**. Plaintiff's Willful Infringement and Induced Infringement Claims against Foundation Medicine, Inc. are dismissed with prejudice.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge